# FINANCIAL DISCLOSURE REPORT
## FOR NOMINEES

AO-10
Rev. 1/2001

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Duncan, Allyson K. | U. S. Court of Appeals, 4th Cir. | 5/1/03 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (Nominee) | X Nomination, Date 4/28/03<br>___ Initial ___ Annual ___ Final | 1/1/2002 through 4/1/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Kilpatrick Stockton, LLP<br>3737 Glenwood Avenue, Suite 400<br>Raleigh, North Carolina 27612 | Reviewing Officer _____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Partner | Kilpatrick Stockton, LLP |
| Director | North State Bank |
| President - Elect | North Carolina Bar Association |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 2/28/02 | royalties; Harrison Publishing Company; sale of book | $ 1,024.99 |
| 2002 | Kilpatrick Stockton LLP | $ 323,583.00 |
| 2003 | Kilpatrick Stockton LLP (through 3/31/03, net of hold back) | $ 47,853.45 |
| | | $ |
| | | $ |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements.) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts.) | | |
| Exempt | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Value Codes | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | | P2=$5,000,001-$25,000,000 | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Duncan, Allyson K. | 5/1/03 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-37 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code 1 (A-H) | Type (e.g., div., rent, or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g., buy, sell, redemption) | Date Month/Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets) | | | EXEMPT | | | | | | |
| 1 Neuberger & Berman Mutual Fund | A | Div. | J | T | | | | | |
| 2 American Century Mutual Fund | D | Div. | J | T | | | | | |
| 3 Kaufman Mutual Fund | A | Div. | J | T | | | | | |
| 4 Monetta Mutual Fund | A | Div. | J | T | | | | | |
| 5 Fidelity Gov't Res. Money Mkt. | A | Div. | J | T | | | | | |
| 6 Fidelity Puritan Mutual Fund | B | Div. | K | T | | | | | |
| 7 Janus Mutual Fund | B | Div. | K | T | | | | | |
| 8 Janus 20 Mutual Fund | C | Div. | K | T | | | | | |
| 9 First Union Mutual Fund | A | Div. | J | T | | | | | |
| 10 Paine Webber Cash Fund | A | Div. | J | T | | | | | |
| 11 Vanguard Money Market Fund | A | Div. | J | T | | | | | |
| 12 Legg Mason Mutual Fund | A | Div. | J | T | | | | | |
| 13 AFLAC Common Stock | A | Div. | J | T | | | | | |
| 14 Motorola Common Stock | A | Div. | J | T | | | | | |
| 15 Service Master Common Stock | A | Div. | J | T | | | | | |
| 16 Mutual Shares Mutual Fund | B | Div. | K | T | | | | | |

Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets) | B.<br>Income<br>during<br>reporting period | | C.<br>Gross value<br>at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type<br>(e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | EXEMPT | | | | |
| 17 American Century Mutual Fund | C | Div. | J | T | | | | | |
| 18 Fidelity Puritan Mutual Fund | B | Div. | K | T | | | | | |
| 19 TWA Bond | B | Div. | J | T | | | | | |
| 20 Lehman Bros. Bond | A | Div. | J | T | | | | | |
| 21 US Treasury Sec. Stripped Bond | A | Div. | K | T | | | | | |
| 22 Olde Money Market Fund | A | Div. | L | T | | | | | |
| 23 Intel Common Stock | A | Div. | J | T | | | | | |
| 24 Charlotte Meck Hosp Bond | A | Div. | J | T | | | | | |
| 25 North State Bank (X) Accounts | C | Int. | M | T | | | | | |
| 26 EV Classic Senior Floating Rate (X) | B | Div. | K | T | | | | | |
| 27 State Employees Credit Union (X) (account) | A | Int. | J | T | | | | | |
| 28 Vanguard Index Fund | A | Div. | J | T | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

# NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

## AS OF JANUARY 1, 2003

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 50 | 000 | 00 | Notes payable to banks-secured | 18 | 000 | 00 |
| U.S. Government securities-add schedule | | | 0 | Notes payable to banks-unsecured | | | 0 |
| Listed securities-add schedule | 193 | 775 | 00 | Notes payable to relatives | | | 0 |
| Unlisted securities--add schedule | | | 0 | Notes payable to others | | | 0 |
| Accounts and notes receivable: | | | 0 | Accounts and bills due | | | 0 |
| Due from relatives and friends | | | 0 | Unpaid income tax | | | 0 |
| Due from others | | | 0 | Other unpaid income and interest | | | 0 |
| Doubtful | | | 0 | Real estate mortgages payable-add schedule | 380 | 000 | 00 |
| Real estate owned-add schedule | 486 | 000 | 00 | Chattel mortgages and other liens payable | 44 | 000 | 00 |
| Real estate mortgages receivable | | | 0 | Other debts-itemize: | | | |
| Autos and other personal property | | 80 | 00 | | | | |
| Cash value-life insurance | | | 0 | | | | |
| Other assets itemize: | | | | | | | |
| Household | 50 | 000 | 00 | | | | |
| Art | 10 | 000 | 00 | | | | |
| | | | | Total liabilities | 442 | 000 | 00 |
| | | | | Net Worth | 427 | 775 | 00 |
| Total Assets | 789 | 855 | 00 | Total liabilities and net worth | 869 | 775 | 00 |
| | | | | | | | |